John C. Ulin (Bar No. 165524)
john.ulin@hellerehrman.com
HELLER EHRMAN LLP
333 S. Hope Street, 39th Floor
Los Angeles, California 90071
Telephone: (213) 689-0200
Facsimile: (213) 614-1868

Samuel R. Watkins (admitted *pro hac vice*)
samuel.watkins@hellerehrman.com
Kalai Lau (admitted *pro hac vice*)
kalai.lau@hellerehrman.com
HELLER EHRMAN LLP
701 Fifth Avenue, Suite 6100
Seattle, Washington 98104
Telephone: (206) 447-0900
Facsimile: (206) 447-0849

Attorneys for Plaintiff
PHILIP MORRIS USA INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP MORRIS USA INC., <br><br> Plaintiff, <br><br> v. <br><br> CSS LABORATORIES, INC., a California corporation; MEI-LING WU CHEN, a/k/a MEI LING CHEN, an individual; JOSEPH CHEN, an individual; YU GUAN, an individual; NATURE'S GOLD LTD., a California corporation; JENEY LIN, an individual; and DOES ONE through TEN, inclusive, <br><br> Defendants. | **Case No.: CV 05-9008 FMC (PLAx)** <br><br> [PROPOSED] JUDGMENT PURSUANT TO ORDER GRANTING SUMMARY JUDGMENT AND PERMANENT INJUNCTION AGAINST MEI-LING WU CHEN AND JOSEPH CHEN <br><br> **THE HON. FLORENCE-MARIE COOPER** |

Upon consideration of Philip Morris USA. Inc.'s ("Philip Morris USA") motion for summary judgment against defendants Mei-Ling Wu Chen and Joseph Chen, the hearing on which was conducted and which motion was granted on April 16, 2007, this Court finds that entry of judgment is appropriate and it is hereby ORDERED, ADJUDGED, and DECREED that judgment is hereby entered in favor of Philip Morris USA and against defendants Mei-Ling Wu Chen and Joseph Chen ("the Chens") as follows:

1.  The Court awards Philip Morris USA $4,000,000.00 in statutory damages for the Chen's willful infringement, pursuant to 15 U.S.C. § 1117(c), of four trademarks, the property of Philip Morris USA;

2.  The Court grants Philip Morris USA attorneys' fees in the amount of $147,630.00 due to this being an "exceptional" case pursuant to 15 U.S.C. § 1117(a);

3.  The Court grants Philip Morris USA costs in the amount of $578.76 pursuant to 15 U.S.C. § 1117(a);

4.  The Court enters a permanent injunction prohibiting the Chens from importing, purchasing, distributing, selling, offering for sale, storing, or using in commerce any counterfeit cigarettes bearing Philip Morris USA's trademarks, including MARLBORO®, the MARLBORO Red Label®, MARLBORO LIGHTS® and the MARLBORO LIGHTS Label®; and

5.  The Court enters a permanent injunction prohibiting the Chens from assisting, aiding or abetting any other person or entity in importing, purchasing, selling, offering for sale, storing, or using in commerce any counterfeit cigarettes bearing Philip Morris USA's trademarks, including MARLBORO®, the MARLBORO Red Label®, MARLBORO LIGHTS® and the MARLBORO LIGHTS Label®.

IT IS SO ORDERED

DATED May 9, 2007

/s/ Florence-Marie Cooper

UNITED STATES DISTRICT JUDGE

DATE: _____, 2007

Hon. Florence-Marie Cooper
United States District Judge

Presented By:

*/s/ Samuel R. Watkins*

Samuel R. Watkins

Attorneys for Plaintiff
PHILIP MORRIS USA INC.

Heller
Ehrman
White &
McAuliffe LLP